UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Maria del Carmen Mendez Castro; Ramiro Gonzalez Juarez; Rodrigo Galindo Gutierrez; Jahir Alfonso Vergara Maza; Jose Luis Gonzalez Juarez; Sara Mendez Castro; Brandon Brito Gonzalez; Marco Antonio Olivares Perez; Roberto Antonio Cuamba Razo; Fernando Alarcon Garcia; Victor Hugo Medina Tinoco; Rafael Juarez Medrano; Jesus Antonio Perez Villa; Eduardo Sanchez Pineda; Fernando Tellez Herrera; and John Doe 1-20.<br><br>Plaintiffs,<br><br>v.<br><br>MIDWEST RIDES and Concessions Inc.; Mad-Jax Amusements Inc., including dba Midwest Rides and Concessions; James Waknitz; Rochelle Waknitz; ATJ Labor Consulting LLC; Alejandro Trevino Jr.; T.J. Reinke; and John Doe,<br><br>Defendants. | Case No. 16-CV-00014 (DWF/SER)<br><br><br><br>**DECLARATION OF ALEJANDRO TREVINO, JR.** |

1.    My name is Alejandro (Alex) Trevino Jr. I am one of the defendants in this case. I am also the sole member and employee of ATJ Labor Consulting, LLC ("ATJ"), which is also a defendant in this case. I do not have a written employment contract with ATJ. ATJ is located in Harlingen, Texas, on the Mexican border. ATJ does not keep highly-organized files on all of the workers that it helps to get visas to work in the United States.

2. I have not located a copy of ATJ's 2014 contract with Midwest Rides and Concessions, Inc. or its parent company (as I understand it) Mad Jax Amusements Inc. (jointly "Midwest Rides"). I believe it would be the same as the 2015 contract that I provided to my attorney.

3. I have produced copies of all communications I have between myself and any of the other Defendants.

4. I have not retained, and do not have, any written communications between myself and Salvador Mendoza.

5. I also do not have any written communications between myself and Mario, the taxi driver in Matamoros who sometimes drives workers to their appointments at the U.S. Consulate, or my friend Rosie, who at times has collected ATJ's fees from workers (including some of the Plaintiffs) in Mexico, when I am unable to be there personally, and then forwarded the money to me.

6. ATJ did not pay any money to Mr. Mendoza or either of the two individuals referenced in paragraph 5 above, nor does it have contracts with any of them. ATJ does not have records of payments that Rosie forwarded to ATJ.

7. To the best of my recollection, all of the Plaintiffs paid ATJ cash for the services they received, so there are no bank records or wire transfers showing these payments. ATJ generally did not deposit these cash payments, it simply used the money to pay expenses. If a substantial amount of cash accumulated, ATJ would deposit some or all of the money into the bank but there are no records that would distinguish which workers' payments were part of which deposit.

8.  ATJ received various payments from Crescent City and Shamrock Shows in 2015. One such payment (from Crescent City) is shown on a bank statement that I forwarded to my lawyer. If I find documentation of other payments, I will forward it.

9.  ATJ did not retain any UPS, FedEx or USPS records from 2015 relating to documents it sent or received relating to the Plaintiffs.

10. Many of ATJ's documents are kept on my laptop computer, but the hard drive of that computer is broken and is in the process of being repaired. Files on the computer would include copies of advertising orders for workers, which ATJ submitted on behalf of Midwest, Crescent City or Shamrock for 2015. If those documents can be salvaged, I will produce them.

11. ATJ normally does not retain copies of SWA (State Workforce Agency) postings. Those postings are archived online on the employer's websites. ATJ no longer has access to such archives for Midwest, Shamrock or Crescent City. The postings would contain the same information as the advertisements referenced in paragraph 10 above.

12. I would give (directly, if I was there, or through someone else if I wasn't) the workers from Mexico a slip of paper that listed the information on their visa application, such as their employer and pay in the USA. I did this because I found that if I told the workers this information verbally, they had a hard time remembering everything. I did not retain hard copies of these papers. I put print out a sheet of paper that had the information printed on it several times, and would cut the paper up to give each worker one slip with the information. If I locate any more of these "slips," I will produce them.

13. I am also continuing to try to locate copies of ATJ's contracts with Shamrock and Crescent City for 2015, and I will produce them if located. ATJ has no contracts with Colonial Hotel in Matamoros.

> I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Dated this 9th day of January, 2017

By: _____
Alejandro Trevino, Jr.

28283058.1